# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2225

_____

MARK P. MONROE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 18, 2018

PER CURIAM.

The petition for writ of habeas corpus is dismissed as unauthorized. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004) (habeas corpus cannot be used to litigate issues that could have been or were raised on direct appeal or in postconviction motions).

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Mark P. Monroe, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.